AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Cody Brown | ) | 3:22MJ5100 |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
1:10 pm Apr 04 2022
**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 1, 2022  in the county of  Seneca  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C., Section 841 | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

DEA Donald Widmer
*Printed name and title*

Sworn to via telephone after
submission by reliable electronic means.
Fed.R.Crim.P. 4.1 and 41(d)(3).

Date: April 4, 2022

*Judge's signature*

City and state: Toledo, Ohio

U.S. Magistrate Judge Darrell A. Clay
*Printed name and title*