Case #3:22MJ5100

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Donald R. Widmer, Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), Toledo Resident Office (TRO), Toledo, Ohio, (hereinafter referred to as affiant) being duly sworn depose and state as follows:

1. I am a TFO with the DEA TRO. I currently serve as a Detective with the Perrysburg Township Police Department, and have been assigned as a DEA TFO since 2018. Your affiant has been a peace officer since 2003 when your Affiant graduated from the Owens Community College Police Academy. Your Affiant successfully passed the Ohio Police Officer Training Academy state test.  During your Affiant's sixteen-year career, your Affiant worked for the Put-in-Bay Police Department, the Clay Township Police Department, the Greenville County Sheriff's Office in South Carolina, the Travelers Rest Police Department in South Carolina, and the Perrysburg Township Police Department. I have received training in narcotics investigations and identification, as well as the laws of search and seizure. I have also participated in arrests of individuals involved in the possession and/or distribution of narcotics, including the arrest of the defendants named herein.

2. I am a federal law enforcement officer, that is, a government agent engaged in enforcing the criminal laws and duly authorized to investigate and make arrests for violations of the federal drug laws.

3. This affidavit is in support of a criminal complaint against CODY BROWN.  My knowledge of this investigation is based upon my own personal observations, as well as the observations and investigation conducted by other members of the DEA TRO and other assisting law enforcement officers and Agents.

4. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause that BROWN has committed a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute Methamphetamine and Fentanyl.

5. On March 31, 2022, United States Postal Inspector B. Green identified in U.S. Postal Service databases, U. S. Postal Service Priority Mail Express parcel bearing tracking no. EI194456925US addressed to Damion Yoshimoto, 686 S. Sandusky St. Lot 47, Tiffin, OH 44883. Based on several factors including but not limited to origin, method of mailing, and size PI Green suspected the parcel to contain illegal drugs. The parcel was presented to a state-certified Narcotics detection canine, which gave a positive alert to the presence of illegal narcotics.

6. On March 31, 2022, PI Green obtained and executed federal search warrant case number 1:22MJ2063 on the subject parcel resulting in the recovery of approximately 1.2 kilograms of a crystal substance that field tested positive for methamphetamine, approximately 855 grams of blue pills labeled M30 suspected of containing fentanyl, and 135 grams of a white powder, suspected to be cocaine, and a brown powder, suspected to be heroin.

7. On April 1, 2022, Members of the DEA Toledo Resident Office (TRO) and US Postal Inspectors conducted a controlled delivery of the parcel to 686 S. Sandusky St. Lot 47, Tiffin, OH 44883. Members of the TRO observed BROWN pick-up the parcel from the front porch of the residence and carry it inside. A few minutes later BROWN exited the residence with the parcel and entered his red Chevrolet Sedan. BROWN started to drive away and he was stopped by Members of the TRO. During the search of BROWN, he was found to be in possession of a mixture of suspected fentanyl and heroin.

8. BROWN was interviewed by Members of the TRO and he admitted to mailing the methamphetamine, fentanyl, cocaine, and heroin from Phoenix, Arizona to the Northern District of Ohio and then possessing the parcel with intent to distribute the controlled substances.

9. BROWN has previous convictions for Drug Trafficking and possession of weapons under disability in the Seneca County, Ohio Common Pleas Court.

10. Based on the information contained in this affidavit, I believe probable cause exists to establish that on April 1, 2022, in the Northern District of Ohio, Western Division, BROWN committed a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute Methamphetamine and Fentanyl.

Respectfully submitted,

_____
Donald R. Widmer
Task Force Officer
Drug Enforcement Administration

Sworn to via telephone after
submission by reliable electronic means.
Fed.R.Crim.P. 4.1 and 41(d)(3).

DATE: __April 4, 2022__

_____
DARRELL A. CLAY
U.S. MAGISTRATE JUDGE